IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KEVIN JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NUMBER: |
| v. ) | |
| ) | 5:18-cv-00408 |
| MORAN FOODS, LLC, dba ) | |
| "SAVE-A-LOT", JOHN DOE and ) | |
| ABC CORPORATION ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT
ON BEHALF OF MORAN FOODS, LLC D/B/A SAVE-A-LOT, LTD.**

COMES NOW Defendant **MORAN FOODS, LLC D/B/A SAVE-A-LOT, LTD. (erroneously sued as Moran Foods, LLC dba "Save-A-Lot")**, and pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 87.1 of the Middle District of Georgia, hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent and subsidiary corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- **Kevin Jones;**
- **Moran Foods, LLC;**
- **Supervalu, Inc.;**
- **Supervalu Holdings, Inc.;**
- **Save-A-Lot, Ltd.;**
- **Save-A-Lot Food Stores, Ltd.; and**
- **Onex Corporation.**

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**None other than Plaintiff's counsel.  The parties reserve the right to supplement this response should further responsive information be obtained.**

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Plaintiff is represented by Enrique A. Fernandez, Esq. of Monge and Associates.  Defendant is represented by Maren R. Cave and Jennifer L. Nichols of Swift, Currie, McGhee & Hiers, LLP.**

Respectfully submitted this 31st day of October 2018.

                                      **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                  By:    */s/ Jennifer L. Nichols*
                         Maren R. Cave
                         Georgia Bar No. 278448
                         Jennifer L. Nichols
                         Georgia Bar No. 001294
                         ***Attorneys for Defendant Moran Foods, LLC***
                         ***d/b/a Save-A-Lot, Ltd.***

Suite 300, The Peachtree
1355 Peachtree Street, N.E.
Atlanta, GA 30309-3231
404-874-8800 (ph)
404-888-6199 (fax)
maren.cave@swiftcurrie.com
jennifer.nichols@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing *Certificate of Interested Persons and Corporate Disclosure Statement on Behalf of Defendant Moran Foods, LLC d/b/a Save-A-Lot, Ltd.* upon all parties to this matter via the Court's CM/ECF system and by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

> Enrique A. Fernandez, Esq.
> Monge and Associates
> 8205 Dunwoody Place
> Building 19
> Atlanta, Georgia 30350

This 31st day of October 2018.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

By: */s/ Jennifer L. Nichols*
Maren R. Cave
Georgia Bar No. 278448
Jennifer L. Nichols
Georgia Bar No. 001294
***Attorneys for Defendant Moran Foods, LLC d/b/a Save-A-Lot, Ltd.***

Suite 300, The Peachtree
1355 Peachtree Street, N.E.
Atlanta, GA 30309-3231
404-874-8800 (ph)
404-888-6199 (fax)
maren.cave@swiftcurrie.com
jennifer.nichols@swiftcurrie.com

-5-

Case 5:18-cv-00408-MTT   Document 3   Filed 10/31/18   Page 5 of 5

-5-

3846452v.1