IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KEVIN JONES,                )<br>                                              )<br>   Plaintiff,                      )<br>                                              )<br>v.                                         )<br>                                              )<br>MORAN FOODS, LLC, dba )<br>"SAVE-A-LOT", JOHN DOE and )<br>ABC CORPORATION         )<br>                                              )<br>   Defendants.                   ) | CASE NUMBER:<br><br>5:18-cv-00408 |

**JURIDICTIONAL STATEMENT
ON BEHALF OF MORAN FOODS, LLC D/B/A SAVE-A-LOT, LTD.**

COMES NOW Defendant **MORAN FOODS, LLC D/B/A SAVE-A-LOT, LTD. (erroneously sued as Moran Foods, LLC dba "Save-A-Lot")**, and pursuant to Local Rule 87.2 of the Middle District of Georgia, hereby submits its Jurisdictional Statement as follows:

Defendant Moran Foods is a foreign limited liability company organized under the laws of the State of Missouri, with its principal place of business in Minneapolis, Minnesota. Save-A-Lot, Ltd. and Save-A-Lot Food Stores, Ltd. are organized under the laws of the State of Missouri, with their principal place of business in Earth City, Missouri. Supervalu, Inc. is a foreign profit corporation organized under the laws of the State of Delaware, with its principal place of

business in Minneapolis, Minnesota. Supervalu Holdings, Inc. is a foreign profit corporation organized under the laws of the State of Missouri, with its principal place of business in Minneapolis, Minnesota.

Respectfully submitted this 31st day of October 2018.

                         **SWIFT, CURRIE, McGHEE & HIERS, LLP**

By:   */s/ Jennifer L. Nichols*
       Maren R. Cave
       Georgia Bar No. 278448
       Jennifer L. Nichols
       Georgia Bar No. 001294
       ***Attorneys for Defendant Moran Foods, LLC d/b/a Save-A-Lot, Ltd.***

Suite 300, The Peachtree
1355 Peachtree Street, N.E.
Atlanta, GA 30309-3231
404-874-8800 (ph)
404-888-6199 (fax)
maren.cave@swiftcurrie.com
jennifer.nichols@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing *Jurisdictional Statement on Behalf of Defendant Moran Foods, LLC d/b/a Save-A-Lot, Ltd.* upon all parties to this matter via the Court's CM/ECF system and by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

> Enrique A. Fernandez, Esq.
> Monge and Associates
> 8205 Dunwoody Place
> Building 19
> Atlanta, Georgia 30350

This 31st day of October 2018.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

By: */s/ Jennifer L. Nichols*
Maren R. Cave
Georgia Bar No. 278448
Jennifer L. Nichols
Georgia Bar No. 001294
***Attorneys for Defendant Moran Foods, LLC d/b/a Save-A-Lot, Ltd.***

Suite 300, The Peachtree
1355 Peachtree Street, N.E.
Atlanta, GA 30309-3231
404-874-8800 (ph)
404-888-6199 (fax)
maren.cave@swiftcurrie.com
jennifer.nichols@swiftcurrie.com

3846528v.1